IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02990-BNB

JEFFERY CALDWELL,

    Plaintiff,

v.

SGT. AARON NELSON,
C.O. ROBERT FERGUSON, and
LT. HIGGINS,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1.D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 27, 2012, at Denver, Colorado.

                                  BY THE COURT:

                                  s/Boyd N. Boland
                                  United States Magistrate Judge