IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02990-RBJ-BNB

JEFFERY CALDWELL,

Plaintiff,

v.

SGT. AARON NELSON,
C.O. ROBERT FERGUSON, and
LT. HIGGINS,

Defendants.

---

**MINUTE ORDER**

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Dismiss or Alternatively Motion for Summary Judgment** [docket no. 18, filed March 1, 2013] (the "Motion").

IT IS ORDERED that the plaintiff shall respond to the Motion on or before **April 1, 2013**. Defendants have fourteen (14) days after the filing of the response to file a reply.

DATED: March 4, 2013