12-CV-2990-RBJ-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

MAR 05 2013

JEFFREY P. COLWELL
CLERK

March 3rd, 13'

To the Federal District Court Clerk,

My name is Jeffrey Caldwell and I was Recently Released from Sterling Correctional Facility. I had an ongoing civil case # 1:12-CV-02990-BNB Caldwell v. Nelson et al. I wrote to the courts when I 1st arrived at this halfway house informing them of my new address.

I understood that the defendants had until 3/1/13 to Respond to my suit. I havent Recieved ANY legal mail informing me of whats taking place in my case. Could you Please send me something informing me of the status of the 1983 lawsuit I filed in your court?

Thank you for your time in this matter.

Sincerely

Jeffrey Caldwell

CAE
Jeffrey Caldwell #145113
2945 E. Las Vegas st.
Colorado Springs, CO 80906

(719) 390-1303 ext. 32 (Casemanager at CAE)