CASE: 1:12-CV-02990-RBJ-BNB
Caldwell v. Nelson et Al

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1[illegible] 2013

JEFFREY P. COLWELL
CLERK

3/21/13

To Magistrate Judge Boyd. N. Boland And Judge R. Brooke Jackson.

I am Responding to your letter that was sent to me 3/4/13. I Know there is grounds for me to file an 8th Amendment Violation Claim and if this case would go to a jury then they would see how my Rights were violated. I have a lot of professional witnesses, Video coverage of the incident, and the medical documentation to prove I was beatup.

If this case does not go to trial, or at least to a mediator, then a Real crime is being committed. Please give me the opportunity to present my case. It is Not frivilous and will not waste the courts valuable time.

Thank you for your time.

Sincerely,
Jeffrey Caldwell