IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02990-RBJ-BNB

JEFFERY CALDWELL,

Plaintiff,

v.

SGT. AARON NELSON,
C.O. ROBERT FERGUSON, and
LT. HIGGINS,

Defendants.
_____

**ORDER**
_____

This matter arises on two letters [Docs. ## 21 and 22] (the "Letters") filed by the plaintiff. The Letters are STRICKEN.

The Letters are inappropriate for several reasons. The plaintiff does not certify that he served a copy of the Letters on counsel for the defendants. Copies of papers filed in this court must be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5. Rule 5 provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b)(1). Service upon other parties may be by mail. Id. Proof that service has been made is provided by a certificate of service. Id. at 5(d). Certification should be made in the original papers and should show the day and manner of service. Id.

One of the Letters is addressed to both me and the district judge. The local rules of this Court prohibit ex parte communication with judicial officers:

> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys.

D.C.COLO.LCivR 77.2.

In addition, "a request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). "The rules governing captions and other matters of form in pleadings apply to motions and other papers." Fed. R. Civ. P. 7(b)(2). All papers must contain a caption with the court's name, a title, and a file number. Fed. R. Civ. P. 10(a). The plaintiff improperly submitted his requests in the form of letters, not in the form of motions, as required.

Finally, it appears that the second Letter [Doc. #22] is an attempt to respond to the defendants "Motion to Dismiss or Alternatively Motion for Summary Judgment" [Doc. #18]. The plaintiff shall have until May 13, 2013, to file a response that complies with this order. The response shall be titled "Response to Defendants' Motion to Dismiss or Alternatively Motion for Summary Judgment."

IT IS ORDERED:

(1) The Letters are STRICKEN;

(2) All papers shall be served on counsel for the defendants in accordance with Rule 5 and shall be accompanied by a proper Certificate of Service;

(3) All future applications to the court for relief shall be submitted in the form of a motion in compliance with Rules 7and 10;

(4)   On or before **May 13, 2013**, the plaintiff shall file a response to the defendants' "Motion to Dismiss or Alternatively Motion for Summary Judgment" [Doc. #18] which complies with this order**;** and

(5)   Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated April 17, 2013.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge