**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02990-RBJ-BNB

JEFFERY CALDWELL,

    Plaintiff,

v.

AARON NELSON,
ROBERT FERGUSON AND
HIGGINS,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order #[27] entered on October 10, 2013 by Judge R. Brooke Jackson it is

ORDERED that the recommendation of the United States Magistrate Judge, Doc. # [24], is AFFIRMED and ADOPTED. It is further

ORDERED that defendant's Motion to Dismiss, Doc. #[18], is granted, and that all claims asserted by the plaintiff against the defendants are DISMISSED WITH PREJUDICE.

    Dated at Denver, Colorado this 10th day of October, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Laura Galera
_____

Laura Galera
Deputy Clerk